**STATE of Missouri, Respondent,**

v.

**Darren ALLEN, Appellant.**

**No. WD 73479.**

Missouri Court of Appeals, Western District.

Nov. 27, 2012.

Rosemary Percival, Kansas City, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Darren L. Allen appeals from the trial court's judgment convicting him of one count of second-degree felony assault

---

of a law enforcement officer, section 565.082, after a jury trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).